Loan # [REDACTED]

Exhibit C

DEBRA L. ANDERSON, REGISTER OF DEEDS YORK CO
E-RECORDED   Bk 17456  PG 481
Instr # 2017014627
04/19/2017  03:00:00 PM
Pages 1

## ASSIGNMENT OF MORTGAGE

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BELL HOME MORTGAGE GROUP, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS P.O. BOX 2026, FLINT, MI 48501-2026, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 07/31/2009, made by PETER C HALL to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BELL HOME MORTGAGE GROUP, ITS SUCCESSORS AND ASSIGNS and recorded on 08/05/2009 in Book 15697, Page 230 and Doc # 2009037787, in the office of the Recorder of YORK County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 04/17/2017 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BELL HOME MORTGAGE GROUP, ITS SUCCESSORS AND ASSIGNS

By: _____
    Kadesha Slaughter
ASST. SECRETARY

STATE OF LOUISIANA   PARISH OF OUACHITA
On 04/17/2017 (MM/DD/YYYY), before me appeared Kadesha Slaughter, to me personally known, who did say that he/she/they is/are the ASST. SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BELL HOME MORTGAGE GROUP, ITS SUCCESSORS AND ASSIGNS and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
    Eva Reese
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

EVA REESE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 17070

Instrument Prepared By: Kadesha Slaughter, JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 71203, 800-401-6587
When Recorded Return To: JPMorgan Chase Bank, NA, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
JPCAS[REDACTED] CHASE MIN[REDACTED] MERS PHON[REDACTED] MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T121704-04:38:19 [C-1] FRMME1

Loan #

## QUITCLAIM ASSIGNMENT

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

WHEREAS, RESIDENTIAL MORTGAGE SERVICES, INC DBA BELL HOME MORTGAGE GROUP, WHOSE ADDRESS IS, 24 CHRISTOPHER TOPPI DRIVE, SOUTH PORTLAND, ME 04106, ASSIGNOR, is identified as the "Lender" on a certain mortgage executed by PETER C HALL, and bearing the date of 07/31/2009, and recorded on 08/05/2009 in the Office of the Recorder of YORK County, State of Maine in Book 15697, Page 230 and Doc # 2009037787 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of RESIDENTIAL MORTGAGE SERVICES, INC DBA BELL HOME MORTGAGE GROUP and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, RESIDENTIAL MORTGAGE SERVICES, INC DBA BELL HOME MORTGAGE GROUP wishes to convey and assign any and all rights it may have under the Mortgage to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, RESIDENTIAL MORTGAGE SERVICES, INC DBA BELL HOME MORTGAGE GROUP hereby assigns and quit claims to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on 03 / 18 / 2020 (MM/DD/YYYY).

RESIDENTIAL MORTGAGE SERVICES, INC DBA BELL HOME MORTGAGE GROUP

By: _____
Printed Name: Michael Kress
Title: Final Docs Supervisor

STATE OF MAINE      COUNTY OF CUMBERLAND

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 03 / 18 / 2020 (MM/DD/YYYY), by Michael Kress as Final Docs Supervisor of RESIDENTIAL MORTGAGE SERVICES, INC DBA BELL HOME MORTGAGE GROUP, who, as such Final Docs Supervisor being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Printed Name: Crystal Smyth
Notary Public - State of MAINE
Commission expires: 08/18/2024

CRYSTAL SMYTH
Notary Public
Maine
My Commission Expires Aug. 18, 2024

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: JPMorgan Chase Bank, NA, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
JPCAS     CHASE    T162003-09:12:35 [C-1] QCAMB1